# Brotman Law

Ellen C. Brotman, Esq.

One South Broad Street
Suite 1500
Philadelphia, PA 19107
D: 215-609-3247    F: 215-568-9319
C: 484-614-8522
E: ebrotman@ellenbrotmanlaw.com
W: ellenbrotmanlaw.com

The Honorable Juan R. Sanchez
Chief United States District Judge
for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 14613
Philadelphia, PA 19106-1711

        Re: David E. Piver
           20-mc-00109-UJ

Dear Judge Sanchez,

 I represent David E. Piver in the above-referenced matter, relating to the imposition of discipline in this Court, reciprocal to the discipline imposed by the Pennsylvania Supreme Court on November 3, 2020. Effective December December 4, 2020, the Supreme Court suspended Mr. Piver's license for 30 days.

 Mr. Piver does not oppose the imposition of reciprocal discipline by this Court. We only request that the suspension in this Court be imposed retroactively, to begin as of December 4, 2020.

 Thank you for your attention to this matter.

              Sincerely,

              *Ellen Brotman*

              Ellen C. Brotman

cc: David Piver, (by email only)
  Daniel White, Office of Disciplinary Counsel (by email only)